# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of a Search Warrant for the Premises known as the DESERT STAR MOTEL located at 516 S. Union Ave, Bakersfield, CA 93307 | Case No. 5:21-sw-00003 JLT<br><br>**SEALING ORDER**<br><br>**UNDER SEAL** |

Good cause appearing therefore, it is hereby ordered that the Search Warrant Application (the Application), the Affidavit of HSI SA Veronica Pike in support of the Application, the attachments to the Application, and all related papers in the above matter regarding this matter, be filed and maintained under seal until further order of the Court.

Dated: January   , 2021

_____
JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE