PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jan 07, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> SEARCH WARRANT <br><br> EXECUTED AT PREMISES KNOWN AS <br><br> The DESERT STAR MOTEL <br><br> Located at: <br><br> 516 S. Union Ave, Bakersfield, CA 93307 | CASE NO. 5:21-SW-00003 JLT |

**ORDER**

Having reviewed the motion of the United States to unseal the affidavit and search warrant described above, the court finds that there is good cause to grant the motion and unseal the items.

IT IS THEREFORE ORDERED that Matter No. 5:21-SW-00003 JLT shall be unsealed and made part of the public record of this court.

IT IS SO ORDERED.

Dated:   **January 7, 2022**          /s/ *Sheila K. Oberto*
                         UNITED STATES MAGISTRATE JUDGE

ORDER                                1